# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. AMERICAN SYSTEMS CONSULTING, INC., et al., | : | |
| | : | CASE NO. 2:08 - CV-733 |
| Relators, | : | |
| v. | : | |
| MANTECH ADVANCED SYSTEMS INTERNATIONAL, INC., et al., | : | NOTICE OF APPEAL |
| | : | |
| Defendants. | : | |

Notice is hereby given that United States of America ex. rel. American Systems Consulting, Inc. and Cliff Gallatin (Relators) in the above named case, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on the 27th day of February, 20l4.

    /s/ Nelson E Genshaft
Nelson E Genshaft (0011023)
Strip, Hoppers, Leithart, McGrath
& Terlecky Co., LPA
575 South Third Street
Columbus, Ohio 43215-5759
Telephone: (614) 228-6345
Facsimile: (614) 228-6369
E Mail: neg@columbuslawyer.net

*Counsel for Plaintiffs American Systems Consulting, Inc. and Cliff Gallatin*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing *Notice of Appeal* was filed with the Clerk of the USDC and was thereby sent electronically on the 26th day of March, 2014 to:

Andrew M. Malek, Esq.
United States Attorney's Office
303 Marconi Boulevard
2nd Floor
Columbus, Ohio 43215

David F. Axelrod, Esq.
Shumaker, Loop & Kendrick, LLP
41 South High Street, Suite 2400
Columbus, OH 43215

      and

Steven D. Gordon, Esq.
Holland & Knight, LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006
*Attorneys for Defendants Mantech Systems Int'l., et al.*

                                                /s/  Nelson E Genshaft
                                           Nelson E Genshaft (0011023)